UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-20016-UU

JANE DOE,

    Plaintiff,

v.

TREMAINE ALDON NEVERSON,

    Defendant.

_____/

**ADMINISTRATIVE ORDER**

THIS CAUSE is before the Court upon the Notice of Appeal. D.E. 14.

THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises. It is hereby

ORDERED AND ADJUDGED that the Clerk of Court shall ADMINISTRATIVELY CLOSE this case.

ORDERED AND ADJUDGED that all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers, Miami, Florida, this _23d_ day of January, 2020.

                                                _[signature]_
                                        UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf